No. 09–1531. TALLEY *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 09–1534. VENDRELL *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 09–1535. PEREZ ET AL. *v.* SAKS FIFTH AVENUE, INC. C. A. 11th Cir. Certiorari denied.

No. 09–1536. MOLNAR *v.* CARE HOUSE ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–1537. GLATZER *v.* BEAR, STEARNS & CO., INC., ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 09–1538. HERNANDEZ-RAMOS *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 09–1540. CARIONE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 09–1541. VIETNAM VETERANS OF AMERICA ET AL. *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. D. C. Cir. Certiorari denied.

No. 09–1542. CHEN ET AL. *v.* LESTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–1543. SUONG *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 09–1545. BUCK *v.* THOMAS M. COOLEY LAW SCHOOL. C. A. 6th Cir. Certiorari denied.

No. 09–1546. W. R. GRACE & CO. ET AL. *v.* CHAKARIAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–1547. KELLY *v.* OLD DOMINION FREIGHT LINE, INC. C. A. 11th Cir. Certiorari denied.

No. 09–1548. KING CHI LUM *v.* KAUAI COUNTY COUNCIL ET AL. C. A. 9th Cir. Certiorari denied.